IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| IN RE: | ) | |
| --- | --- | --- |
| | ) | **Case no.: BK-17-15084-SAH** |
| **KENNETH R. NOBLES** | ) | **Chapter 7** |
| **AKA KENNETH RAY NOBLES** | ) | |
| | ) | |
| **Debtor.** | ) | |

## DEBTOR'S WITNESS AND EXHIBIT LIST

COMES NOW, the Debtor, above named, through his undersigned Counsel, and hereby submits his Witness and Exhibit List for the February 7, 2018 hearing on Debtor's Motion for Authority to Redeem personal Property (Doc 10) and ONEMAIN'S objection thereto (Doc 12). Debtor reserves the right to amend these lists as equity may require and/or allow.

### WITNESSES

| No. | Name | Address | Proposed Testimony |
| --- | --- | --- | --- |
| 1. | Kenneth R. Nobles a/k/a Kenneth Ray Nobles | C/O Debtor's Counsel | Vehicle Condition and Value |
| 2. | All Witnesses of ONEMAIN FINANCIAL | C/O ONEMAIN'S Counsel | |
| 3. | Any Records Custodians | | |

### EXHIBITS

| No. | EXHIBIT |
| --- | --- |
| 1. | Valuations of Vehicle |
| 2. | Photographs of Vehicle |
| 3. | Any and all exhibits needed for impeachment or rebuttal |

Submitted by:

s/Timothy L. Wallace
Timothy L. Wallace, OBA #18889
Wallace Law Firm, PC
1112 SW 59th Street
Oklahoma City, OK 73109
Telephone: (405) 688-4444
Fax: (405) 622-5650
timothy@wallacelawfirmpc.us
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify the following persons are designated to receive notice of the above and foregoing instrument on the same day it is filed, via the Court's CM/ECF Electronic Noticing System:

Matthew J. Hudspeth

Kevin M. Coffey

s/ Timothy L. Wallace
Timothy L. Wallace