IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                          )
                                                )   Case No.: BK-17-15084-SAH
KENNETH R. NOBLES                               )   Chapter 7
AKA KENNETH RAY NOBLES                          )
                                                )
                    Debtor.                     )

## WITHDRAWAL OF DEBTOR'S MOTION TO REDEEM

COMES NOW, the Debtor, above named, through his undersigned Counsel, and hereby withdraws his Motion for Authority to Redeem.

1. Creditor, through Counsel has stated no objection to the Withdrawal.

2. The hearing, scheduled for February 28th, 2018, is therefore requested to be stricken, as moot.

                                Submitted by:
                                s/Timothy L. Wallace
                                Timothy L. Wallace, OBA #18889
                                Wallace Law Firm, PC
                                1112 SW 59th Street
                                Oklahoma City, OK 73109
                                Telephone: (405) 688-4444
                                Fax: (405) 622-5650
                                timothy@wallacelawfirmpc.us
                                Attorney for Debtor

Approved:

s/ Matthew J. Hudspeth
Matthew J. Hudspeth - #14613
Jim Timberlake - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 794-2768
mhudspeth@baer-timberlake.com
Attorney for ONEMAIN